UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-23156-CIV-KING

AXIS RETAIL, LLC, a Florida limited
liability company,

    Plaintiff,

v.

ESCROW TITLE SERVICES COMPANY,
LLC, a Florida limited liability company,

    Defendant.
_____/

## **FINAL JUDGMENT AGAINST ESCROW TITLE SERVICES COMPANY, LLC**

THIS CAUSE comes before the Court on Plaintiff Axis Retail, LLC's Motion for Entry of Clerk's Default Final Judgment against Escrow Title Services Company, LLC (the "Motion") [DE 10]. The Clerk has previously entered a Default against Escrow Title Services Company, LLC [DE 9]. After careful review of the record, and considering the Motion as a motion for the court's entry of a default final judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, it is hereby:

**ORDERED AND ADJUDGED**

1.    Plaintiff's Motion for Default Final Judgment against Escrow Title Services Company, LLC [DE 10] is **GRANTED.**

2.    Final Judgment is hereby entered in accordance with Fed. R. Civ. P. 55(b)(2) against Defendant Escrow Title Services Company, LLC in the amount of TWO MILLION TWO-HUNDRED FIFTY THOUSAND DOLLARS ($2,250,000.00), for which let execution issue.

3.  The Court hereby retains jurisdiction of the cause for the purpose of making all other orders and judgments as may be necessary and proper including awarding attorneys' fees and costs.

4.  Interest shall accrue on the judgment amount pursuant to 28 U.S.C. § 1961 from the date of this Final Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of November, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies provided to:

George Volsky, Esq.
  Counsel for Plaintiff

Escrow Title Services Company, LLC
375 Park Avenue, Suite 2607
New York, NY  10152